Santaro v Finocchio (2023 NY Slip Op 05835)

Santaro v Finocchio

2023 NY Slip Op 05835

Decided on November 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, OGDEN, AND NOWAK, JJ.

723 CA 22-01582

[*1]MICHAEL SANTARO, PLAINTIFF-APPELLANT,
v
VINCENT J. FINOCCHIO, JR., VINCENT J. FINOCCHIO, JR., P.C., AND FINOCCHIO & ENGLISH, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

THE ARQUETTE LAW FIRM, PLLC, CLIFTON PARK (ALEXANDRA J. BUCKLEY OF COUNSEL), FOR PLAINTIFF-APPELLANT.
CABANISS CASEY LLP, ALBANY (DAVID B. CABANISS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Onondaga County (Gregory R. Gilbert, J.), entered April 5, 2022. The order, among other things, granted defendants' motion to dismiss the complaint. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Santaro v Finocchio ([appeal No. 2] — AD3d — [Nov. 17, 2023] [4th Dept 2023]).
Entered: November 17, 2023
Ann Dillon Flynn
Clerk of the Court